IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD DURAN ADAME, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:23-CV-01333-E |
| UNIVERSITY OF TEXAS AT DALLAS, | § § § | |
| Defendant. | § § § | |

## **FINAL JUDGMENT**

The Court has dismissed all of Plaintiff Adame's claims. Therefore, Adame's case is DISMISSED without prejudice. It is ordered that Adame take nothing by his claims against Defendant University of Texas at Dallas (UTD). All relief not expressly granted is DENIED. The Court instructs the Clerk of the Court to close this proceeding. This is a final judgment. *See* Fed. R. Civ. P. 54; Fed. R. Civ. P. 58.

**SO ORDERED.**

13th day of May, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE